# Third District Court of Appeal

## State of Florida

Opinion filed May 31, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-679
Lower Tribunal No. 19-404-P
_____

**Gregory Poland,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An appeal from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

Schwartz Sladkus Reich Greenberg Atlas LLP, and Robin Bresky, and Jessica L. Underwood, and Jonathan Mann (Boca Raton), for appellant.

Williams, Leininger & Cosby, P.A., and Carri S. Leininger, and Maureen Martinez (North Palm Beach), for appellee.

Before LINDSEY, MILLER, and BOKOR, JJ.

PER CURIAM.

Appellant, Gregory Poland, appeals the trial court's order of dismissal and its order denying appellant's motion to vacate. Finding appellant's appeal of the trial court's order of dismissal untimely and no abuse of discretion in the denial of appellant's motion to vacate, we dismiss in part and affirm in part. See Fla. R. App. P. 9.110(b); Fla. R. App. P. 9.020(h)(1); Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979).

Dismissed in part and affirmed in part.